UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04749-VKD<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Re: Dkt. No. 38 |

Defendants Google LLC and YouTube, LLC move to dismiss plaintiffs' second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 47 U.S.C. § 230(c). Dkt. No. 25. That motion relies heavily on *Prager Univ. v. Google LLC* (*Prager I*), 17-CV-06064-LHK, 2018 WL 1471939 (N.D. Cal. Mar. 26, 2018). Shortly after plaintiffs filed their opposition to the motion to dismiss, the Ninth Circuit issued its ruling affirming *Prager I*. *Prager Univ. v. Google LLC* (*Prager III*), 951 F.3d 991 (9th Cir. 2020). Defendants' reply brief in support of their motion to dismiss relies heavily on the Ninth Circuit ruling. Dkt. No. 37.

Plaintiffs now move for leave to file a sur-reply to address the Ninth Circuit's *Prager III* decision, as well as "newly acquired evidence" that plaintiffs say support their claims. Dkt. No. 38 at 2. Local Rule 7–3(d) states: "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval . . . ." The Court finds it appropriate to permit plaintiffs to file a sur-reply to address *Prager III*, but not to brief "newly acquired evidence" that is not referenced in the operative complaint that is the subject of defendants' motion to dismiss. Moreover, as *Prager III* affirms the district court's decision, plaintiffs should only require a short sur-reply to address the Ninth Circuit's decision in that case.

Plaintiffs may file a sur-reply of no more than 5 pages responding only to defendants' arguments concerning *Prager III* by **April 28, 2020**.

Plaintiffs' request to convert their opposition to defendants' motion to dismiss into a summary judgment motion is denied. Plaintiffs' further request that the Court set a case management conference is also denied. The hearing schedule remains as ordered in Dkt. No. 32 pursuant to the parties' earlier stipulation.

**IT IS SO ORDERED.**

Dated: April 21, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge