UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04749-VKD<br><br>**ORDER TO FILE JOINT STATUS REPORT** |

The Court directs the parties to file a joint status report within 10 days of a determination by Judge Koh of Defendants' Motion to Dismiss and Plaintiffs' Motion to Strike Portions of Defendants' Motion filed in *Newman et al. v. Google LLC et al.*, Case No. 5:20-cv-04011-LHK.

**IT IS SO ORDERED.**

Dated: May 25, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge