UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04749-VKD<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE CORRECTED OPPOSITION BRIEF**<br><br>Re: Dkt. No. 83 |

Plaintiffs have filed a notice of errata (Dkt. No. 83) regarding their opposition to defendants' motion to dismiss the third amended complaint. Dkt. Nos. 77, 80. The Court directs plaintiffs to file a complete opposition brief that incorporates plaintiffs' corrections to the brief by **September 24, 2021**. The refiled brief should include the corrected table of contents and table of authorities.

**IT IS SO ORDERED.**

Dated: September 21, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge