UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No.  19-cv-04749-VKD<br><br>**ORDER FOR REDLINE VERSION OF THIRD AMENDED CLASS ACTION COMPLAINT** |

By **January 27, 2022**, plaintiffs are requested to file a redline version of their Third Amended Class Action Complaint (Dkt. No. 67), reflecting the modifications made to the Second Amended Complaint (Dkt. No. 20).

**IT IS SO ORDERED.**

Dated: January 24, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge