UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, a California limited liability company, CHRIS KNIGHT, an individual, CELSO DULAY, an individual, CAMERON STIEHL, an individual, BRIAANDCHRISSY LLC, a Georgia limited liability company, BRIA KAM, an individual, CHRISSY CHAMBERS, an individual, CHASE ROSS, an individual, BRETT SOMERS, an individual, LINDSAY AMER, an individual, STEPHANIE FROSCH, an individual, SAL CINEQUEMANI, an individual, TAMARA JOHNSON, an individual, and GREG SCARNICI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC, a Delaware limited liability company, YOUTUBE, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>Defendants. | Case No. 5:19-cv-04749-VKD<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION<br><br>Judge:  Hon. Virginia K. DeMarchi<br>Crtrm.:  2<br><br>Re:  Dkt. No. 104 |

1  Having considered the Parties' Stipulated Request for Leave to File Statement of Recent
2  Decision, it is hereby ordered that the Stipulated Request for Leave to File Statement of Recent
3  Decision is GRANTED.

4  **IT IS SO ORDERED** that: Defendants may file the Statement of Recent Decision in the
5  form attached as Exhibit A to the Stipulated Request for Leave to File Statement of Recent
6  Decision no later than seven days after the date of this order.

8  Dated:   July 14, 2022

_/s/ Virginia K. DeMarchi_
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE