UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC, et al.,<br><br>               Defendants. | Case No. 19-cv-04749-VKD<br><br>**JUDGMENT** |

On September 30, 2022, the Court granted defendants' motion to dismiss most of plaintiffs' claims without leave to amend. Dkt. No. 107. On July 5, 2023, the Court granted defendants' motion to dismiss plaintiffs' remaining claim for relief, without further leave to amend. Dkt. No. 137. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment of dismissal of this action in favor of defendants and against plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 5, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge